UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:  HALLMARK HOME BUILDERS, INC.,          No. 14-34137 KLP
                    Debtor.                                      Chapter 11

ORDER

This matter is before the Court on the *Debtor's Fifth Motion for Order Approving Private Sale of Real Property* (the "Motion"). Upon further consideration,

**IT IS ORDERED** that the Motion is GRANTED;

**IT IS ORDERED** that the *Real Estate Contract* by and between the Debtor (as seller) and Thomas J. Vozenilek or Assigns (as purchaser), dated January 5, 2015, for property commonly known as 11913 Hunton Crossing Court, Glen Allen, Virginia (Henrico County), and more particularly described in Exhibit 1, is APPROVED; and

**IT IS ORDERED** that the sale of the aforementioned property shall be free and clear of all liens, claims, encumbrances, and interests; with county taxes to be paid at closing, and remaining liens, claims, encumbrances, and interests to attach to sale proceeds;

**IT IS ORDERED** that the Debtor is authorized to pay expenses at closing from sale proceeds; and

**IT IS ORDERED** that the fourteen (14) day stay under Federal Bankruptcy of Bankruptcy Procedure 6004(h) is waived so that the Debtor may proceed immediately to closing.

DATE:  Feb 5 2015

/s/ Keith L. Phillips
UNITED STATES BANKRUPTCY COURT

ENTERED ON DOCKET:  Feb 5 2015

For this I ask:

/s/ John C. Smith
Roy M. Terry, Jr., VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
SANDS ANDERSON PC
PO Box 1998
Richmond, VA 23218-1998
Telephone: 804.648.1636
Counsel for Hallmark Home Builders, Inc.


W2916695

## LOCAL BANKRUPTCY RULE 9022-1(C)(2) CERTIFICATION

    I hereby certify that on January 12, 2015, a true copy of the foregoing proposed Order was served on all necessary parties by electronic means and/or mailed first class mail, postage fully prepaid.

                                                    /s/ John C. Smith

**PARTIES TO RECEIVE COPIES:**

Thomas R. Towers, Jr.
Hallmark Home Builders, Inc.
24 Highland Rd.
Richmond, VA 23229
Debtor

John C. Smith, Esquire
SANDS ANDERSON PC
PO Box 1998
Richmond, VA 23218-1998
Counsel for Debtor

Jonathan Hauser, Esquire
Troutman Sanders LLP
PO Box 61185
Virginia Beach, VA 23466-1185
Counsel for First Union Market Bank

**EXHIBIT 1**

All that certain lot, piece or parcel of land with the improvements thereon and appurtenances thereto belonging, lying and being in the Brookland District, Henrico County, Virginia, and shown as Lot 4, Block B on a plat of subdivision prepared by Foster and Miller, P.C., dated April 24, 2006, entitled "Hunton Station Section A", recorded September 11, 2006 in the Clerk's Office, Circuit Court of Henrico County, Virginia, in Plat Book 122, pages 145-1499, reference to which is hereby made for a more particular description thereof.

IT BEING a portion of the same real estate conveyed to Hallmark Home Builders, Inc., a Virginia corporation by deed from Roger-Chenault, Inc., a Virginia corporation, dated September 21, 2006, recorded September 27, 2006 in the Clerk's Office, Circuit Court, Henrico County, Virginia in Deed Book 4206, page 1103.

PIN:                                                ADDRESS:
Lot  4, Block B = 771-774-5017                      11913 Hunton Crossing Court, Henrico, VA